JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-05917-RGK-MAR | Date | January 20, 2022 |
|---|---|---|---|
| Title | *Portia Mason v. Jagger Diamonds, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order of Dismissal

On July 21, 2021, Portia Mason ("Plaintiff") filed a complaint against Jagger Diamonds, Inc. ("Defendant") for violations of the Americans with Disabilities Act ("ADA"). (*See* ECF No. 1.) She filed a notice of settlement on September 28, 2021. (*See* ECF No. 19.) The Court subsequently granted Defendant's application for stay and early mediation, ordering the action stayed until January 11, 2022, and that the ADR proceeding shall be completed by December 27, 2022. (ECF No. 22.) According to the mediation report, the parties reached a settlement. (ECF No. 27.) Nonetheless, the parties are not relieved of any deadlines until this action is dismissed. (*See* ECF No. 28.)

Defendant has yet to respond to Plaintiff's complaint. Because the stay expired on January 11, 2022, the Court ordered Defendant to file an answer by January 19, 2022. (*See* ECF No. 29.) The Court also ordered that if no answer was filed, Plaintiff shall request default or show cause ("OSC"), in writing, as to why the case should not be dismissed for lack of prosecution. (*See id*.) Defendant failed to file an answer. And instead of requesting default, Plaintiff filed a response to the OSC. (*See* ECF No. 30.)

In her response, Plaintiff states that the parties are disputing whether dismissal should be with or without prejudice as to class claims. But Plaintiff does not allege any class claims. Therefore, the Court finds that Plaintiff's response to its OSC is inadequate. As such, the Court dismisses this case for lack of prosecution.

**IT IS SO ORDERED.**

:

Initials of Preparer